E-FILED
Thursday, 07 July, 2005 11:02:56 AM
Clerk, U.S. District Court, ILCD

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

K. Tate Chambers
U.S. Atty.
Suite 400
211 Fulton St.
Peoria IL 61602
05-1187

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jordan Shaw_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Jordan Draminski
C. Date of Delivery: 7-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0004 7294 6463

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540