#### IN THE UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF ILLINOIS
#### AT PEORIA

| | |
|---|---|
| **ROBERT MCCLAIN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 05-1187 |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

### GOVERNMENT'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PETITIONER'S §2255 PETITION

Now comes the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and hereby moves this Honorable Court to extend the time for the government to file a response to petitioner's § 2255 petition. In support of its motion, the government states as follows:

1.   The government's response is currently due on July 21, 2005.

2.   The petitioner's motion raises an issue pertaining to ineffective assistance of counsel. He claims that his counsel advised him against filing an appeal because at the sentencing hearing, the Court lowered his criminal history category from a V to a III for over-representation of criminal history, and that an appeal may result in a sentenced based on the higher criminal history category.

3.   The government has no way of knowing if this was indeed the advice given to the petitioner. The government has requested an affidavit from former defense counsel that will

1

hopefully be dispositive of this issue, and needs additional time to obtain the affidavit.

WHEREFORE, in order to fully and adequately respond to the petitioner's §2255 petition, the Government respectfully requests a 30 day extension of time to file a response.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/K.Tate Chambers
K. Tate Chambers
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that on July 15, 2005 I electronically filed the foregoing **GOVERNMENT'S MOTION TO EXTEND** with the Clerk of the Court using the CM/ECF system. It is hereby certified that service of the foregoing has been made on the party listed below by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>   Robert G. McClain
>   #13118-026
>   FCI Pekin
>   P.O. Box 5000
>   Pekin, Illinois 61555

July 15, 2005                                s/Diane Hayes_____
Date                                              Paralegal Specialist