E-FILED
Tuesday, 13 September, 2005  09:59:08 AM
Clerk, U.S. District Court, ILCD

Robert G. McClain
Reg. No. 13118-026
FCI Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000

Appearing Pro Se


FILED
SEP 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT G. MCCLAIN,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 05-1187<br><br>PETITIONER'S MOTION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO PETITIONER'S § 2255 PETITION |

COMES NOW, Robert McClain (hereinafter "McClain"), appearing pro se, and hereby moves this Honorable Court to extend the time for the filing of a reply in the matter of these Section 2255 proceedings. In support hereof, McClain states as follows:

1. Pursuant to the court's current scheduling order, a reply in this matter is due September 4, 2001. Although this deadline has elapsed, McClain was not in reciept of the government's response in this matter until September 1, 2005.

2. After receiving the government's response and attempting to speedily craft a reply, McClain became aware of the need for additional time to draft and present the issues contained therein.

3. Due to the important nature of McClain's one and only shot at collateral review of his conviction and sentence, he requests additional time to research certain aspects of his claims. The stringent nature of post conviction law and the precedential restraints which provide only one avenue for potential relief from any possible constitutional deprivation, mandate that McClain be afforded additional time to submit a response.

4. Additionally, because McClain didn't actually receive the government's response until September 1, 2005--some 10 days after it was filed--this request is made before the actual deadline should commence. A delay in the prison mailing system prevented McClain from receiving the response in a timely manner and responding to the same in kind.

## CONCLUSION

**WHEREFORE**, McClain respectfully asks this Court for an additional 14 days from the date of this motion for additional time, in which to submit his reply in this matter.

Dated: September 8, 2005

Respectfully submitted,

Robert G. McClain
Reg. No. 13118-026
FCI Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000

Appearing Pro Se

2

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a true and correct copy of the herein and foregoing in the FCI Pekin Legal mailbox, firstclass postage prepaid and properly addressed to the following on this 8th day of September, 2005.

    Assistant United States Attorney
    K. Tate Chambers
    One Technology Plaza
    211 Fulton Street, Suite 400
    Peoria, IL 61602

                                          _____
                                          Robert G. McClain