# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE



FILED
JAN 30 2006
JOHN M. W...
U.S. DIST...
CENTRAL DIST... OF ILLINOIS

**Robert G McClain**

vs.                                              Case Number:   **05-1187**

**United States of America**

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion to vacate, set aside or correct sentence pursuant to U.S.C. 2255 is denied. Case is terminated.

ENTER this 30th day of January, 2006

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
_____
BY:  DEPUTY CLERK