

FILED
Friday, 31 March, 2006 01:04:10 PM
Clerk, U.S. District Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

ROBERT G. MCCLAIN,                    Case No. 05-1187
          Appellant-Petitioner,


v.



UNITED STATES OF AMERICA,
          Appellee-Respondent.

---

### NOTICE OF APPEAL


Comes Now the Appellant, Robert G. McClain, pro se and respectfully submits this Notice of Appeal. Petitioner filed a timely motion to vacate pursuant to 28 U.S.C. § 2255 with the district court. The district court denied the § 2255 motion on January 25, 2006 and issued a judgment on January 30, 2006. Petitioner wishes to appeal the district court's judgment denying his § 2255 motion to vacate.

The district court had jurisdiction pursuant to 28 U.S.C. § 2255. The appellate court will obtain jurisdiction pursuant to 28 U.S.C. § 1291 and § 2253.

Date: 3-29-06                    Respectfully submitted,


Robert G. McClain #13118-026
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555-5000

## CERTIFICATE OF SERVICE

I do hereby certify under penalty of perjury that a true and correct copy of this Notice of Appeal was sent to the party below.  Said Notice was placed in FCI Pekin legal mail system on March 29, 2006.

Robert G. McClain

United States Attorney's Office
Central District of Illinois
211 Fulton Street, Suite 400
Peoria, IL 61602