# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                    Docket No.: 05-1187

Division: PEORIA

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

Robert McClain                 v.            USA

---

**Current Counsel for Plaintiff (Petitioner):**    **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Robert G. McClain | Name: K. Tate Chambers |
| Firm: 13118-026 c/o FCI Pekin | Firm: Asst US Attorney |
| Address: PO Box 5000 | Address: 211 Fulton St., Suite 400 |
| Pekin, IL. 61555 | Peoria, IL. 61602 |
| Phone: 309-346-8588 | Phone: 309-671-7050 |

---

| | |
|---|---|
| Judge: Michael Mihnm | Nature of Suit Code: 530 |
| Court Reporter: K. Hanna | Date Filed in District Court: 6/27/05 |
| | Date of Judgment: 1/30/06 |
| | Date of Notice of Appeal: 3/31/06 |

Counsel:  ___Appointed    ___Retained    _X_Pro Se

Fee Status:  ___Paid    X___Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide US Mar#: 13118-026

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**