**E-FILED**
Thursday, 27 April, 2006  12:32:29 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 27, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: McClain v. USA
        D. C. Docket No. 05-1187
        U. S. C. A. Docket No. no number yet

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1- Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK


        BY:  s/ H. Kallister
            Deputy Clerk



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 27, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

       RE: McClain v. USA
       D. C. Docket No. 05-1187
       U. S. C. A. Docket No. no number yet

Dear Mr. Agnello:

 I am sending you herewith the original record on appeal. It consists of the following:

 1- Volumes of Pleadings

  Volumes of Transcript

  Volumes of Depositions

  Volumes of Exhibits:

  Impounded Exhibits:

 Other (specify):

 Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

      Very truly yours,

      JOHN M. WATERS, CLERK


      BY:  s/ H. Kallister
        Deputy Clerk

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 27, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: McClain v. USA
        D. C. Docket No. 05-1187
        U. S. C. A. Docket No. no number yet

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

 Volumes of Transcript

 Volumes of Depositions

 Volumes of Exhibits:

 Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY:  s/ H. Kallister
              Deputy Clerk