**E-FILED**

Monday, 08 May, 2006 11:34:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**

MAY – 8 2006

TELEPHONE
(312) 435-5850

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**TO:  District Court Clerk's Office**

**RE:  Notice of Docketing**

The below captioned appeal has been docketed in the United States
Court of Appeals for the Seventh Circuit:

Appellate Court No.:  06-2261                    Docketed on: 5/3/06
Short Caption:        McClain, Robert v. USA
District Court Judge: Michael M. Mihm
District Court No.:   05 C 1187

If you have any questions regarding this appeal, please call this
office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### FEE NOTICE and ORDER

**Date: May 3, 2006**
**Re:** McClain, Robert v. USA
   Appeal No.: 06-2261

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1187, Michael M. Mihm, Judge

To:    Robert McClain
       FEDERAL CORRECTIONAL INSTITUTION
       #13118-026
       P.O. Box 7000
       Pekin, IL  61555

       Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.   This appeal was docketed on 5/3/06.
The District Court has indicated that as of 3/31/06 the docket
fee has not been paid.   Depending on your situation, you should:

1. Pay the required $250.00 docketing fee PLUS the $5.00
   notice of appeal filing fee to the District Court Clerk,
   **if you have not already done so.**  The Court of Appeals
   cannot accept this fee.  You should keep a copy of the
   receipt for your records.

2. File a motion to proceed on appeal in forma pauperis
   with the District Court, along with a certified copy of your
   prison trust account statement for the 6 month period preceding
   the filing of the notice of appeal, **if you have not already
   done so.** An original and three copies of that motion, with
   proof of service on your opponent, is required.   This motion
   must be supported by a sworn affidavit in the form prescribed by
   Form 4 of the Appendix of Forms to the Federal Rules of Appellate
   Procedure (as amended 12/1/98), listing the assets and income
   of the appellant(s).

3. If the motion to proceed on appeal in forma pauperis is
   denied by the district court, you must either pay the
   required $250.00 docketing fee PLUS the $5.00 notice of
   appeal filing fee to the District Court Clerk, within 14
   days after service of notice of the action of the district
   court, or within 30 days of that date, renew your motion
   to proceed on appeal in forma pauperis with this court.
   If the motion is renewed in this court, it must comply with
   the terms of Fed. R. App. P. 24(a).

   **IT IS ORDERED** that all other proceedings in this appeal

are **SUSPENDED** pending the decision by this court as to whether to issue a certificate of appealability. The court will take no further action in this appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not related to petitioner's request for a certificate of appealability. Appellee is under no obligation either to file a brief or to respond to any such motion filed by appellant. Any motion not related to petitioner's request for a certificate of appealability will be deemed denied without further court action.

(1260-032900)