

E-FILED
Wednesday, 10 May, 2006  11:32:18 AM
Clerk, U.S. District Court, ILCD



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

309.671.7117
FAX: 309.671.7120

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAY 10 2006

April 27, 2006

06-2261

06-2261

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: McClain v. USA
D. C. Docket No. 05-1187
U. S. C. A. Docket No. no number yet

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A.—7th Circuit
FILED
MAY 08 2006  DP
GINO J. AGNELLO
CLERK
DOC. # _____

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ H. Kallister
Deputy Clerk

U.S.C.A.—7th Circuit
RECEIVED
APR 28 2006  JC
GINO J. AGNELLO
CLERK