CERTIFIED COPY

**United States Court of Appeals**

**E-FILED**
Thursday, 08 June, 2006 09:46:50 AM
Clerk, U.S. District Court, ILCD

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**

**FILED**

JUN - 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: **June 6, 2006**

By the Court:

No. 06-2261

ROBERT MCCLAIN,
                    Petitioner - Appellant

    v.

UNITED STATES OF AMERICA,
                    Respondent - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1187, Michael M. Mihm, Judge

        This cause, docketed on 5/3/06, is **DISMISSED** for
    failure to timely pay the required docketing fee, pursuant
    to Circuit Rule 3(b).

(1030-110293)

A True Copy,
    Testa:

_Denise _____ Deputy_
Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

### For the Seventh Circuit

### Chicago, Illinois 60604

#### NOTICE OF ISSUANCE OF MANDATE

DATE:    June 6, 2006

TO:    John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM:    Clerk of the Court

RE:    06-2261
McClain, Robert v. USA
05 C 1187, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[ ]    United States Marshal

[ ]    United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for
the Seventh Circuit.

Date: _____    _____
(1203-052495)                    Deputy Clerk, U.S. District Court