# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Tuesday, 13 June, 2006 12:55:08 PM
Clerk, U.S. District Court, ILCD

**FILED**

## NOTICE OF RECORD RETURN

JUN 13 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DATE:** June 12, 2006

**TO:** John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

**FROM:** Clerk of the Court

**RE:** 06-2261
McClain, Robert v. USA
05 C 1187, Michael M. Mihm, Judge

The mandate or agency closing letter in this cause issued on 6/6/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1073-042591)

Deputy Clerk, U.S. District Court
or Agency Representative